The Honorable Paula L. McCandlis

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

JAN 27 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. MJ20-029 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION |
| v. | 18 U.S.C. § 2422(b) |
| DIRK WALTER TICHGELAAR, | |
| Defendant. | |

BEFORE, the Honorable Paula L. McCandlis, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

## COUNT 1
### (Enticement of a Minor)

Between in or about October 2019, and on or about January 25, 2020, in Whatcom County, within the Western District of Washington, and elsewhere, DIRK WALTER TICHGELAAR used a means and facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

And the complainant states that this Complaint is based on the following information:

COMPLAINT/*United States v. Tichgelaar* - 1
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I, Special Agent Matthew Kimmel, being duly sworn under oath, depose and say:

## INTRODUCTION

1. I am a Special Agent (SA) with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), Blaine, Washington, field office. I have been employed with HSI since March of 2007. HSI is responsible for enforcing the customs and immigration laws and federal criminal statutes, including those relating to the sexual exploitation of minors and child pornography. My duties as a special agent include the investigation of those engaged in the sexual exploitation of children including the production, attempted production, distribution, and possession of child pornography. I am a graduate of the Criminal Investigator Training Program and the Immigration and Customs Enforcement (ICE)-Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. My training included courses in law enforcement techniques, federal criminal statutes, conducting criminal investigations, and the execution of search warrants. I have also received specialized training in the areas of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography in numerous forms of media, including media stored on digital media storage devices such as computers, iPhones, etc. Additionally, I am a graduate of the United States Treasury Department's Computer Forensic Training Program's Preliminary/Basic Computer Evidence Recovery Training. I have also completed the Advanced Computer Evidence Recovery Training Course. I have also earned other computer and forensic related certifications including CompTIA A+. More recently, I completed the Online Undercover Investigations Course at HSI's Cyber Crimes Center (C3). I have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)). I have participated in the execution of numerous search warrants which involved child exploitation and/or child pornography offenses. From 2010 until 2016, I worked as a computer forensic agent. In this capacity, I have examined numerous computers and computer-related media. I have also been the affiant on numerous search warrants relating to child exploitation investigations.
COMPLAINT/*United States v. Tichgelaar* - 2
MJ20-025
UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.      The facts set forth in this Complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. I have not set forth each and every fact known to me as a result of this investigation but only those facts I believe necessary to establish probable cause to conclude that DIRK WALTER TICHGELAAR committed the offense charged in this Complaint.

3.      As further detailed below, based on my investigation and the investigation of other law enforcement officers, I submit there is probable cause to believe that TICHGELAAR committed the offense of enticement of a minor. .

## SUMMARY OF THE INVESTIGATION

4.      This investigation involves online undercover activity on an internet-messaging platform. Although this platform has numerous legitimate uses, it is a platform known to law enforcement as one used by individuals who are interested in the sexual exploitation of children and child sexual exploitation imagery. They use this platform to exchange messages about child sexual exploiation and share child sexual exploration imagery.

5.      On October 28, 2019, an undercover law enforcement officer (the "UC") was a member of an internet-based chat platform known to law enforcement to be one devoted to child exploitation and child exploitation imagery. The UC represented himself to be father of a five-year-old girl. On October 28, 2019, another user of this platform using the moniker [REDACTED]Pedo" (the SUBJECT USER) began chatting with the UC. Between October 2019 and January 2020, the SUBJECT USER used other monikers as well.   During the chats, the SUBJECT USER expressed an interest in traveling to Washington State from Oregon to engage in sexual activity with the UC's daughter. The SUBJECT USER has since been identified as DIRK WALTER

COMPLAINT/*United States v. Tichgelaar* - 3
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

TICHGELAAR. The excerpts that follow in this Complaint provide a representative sample of the messages exchanged between the SUBJECT USER (TICHGELAAR) and the UC. (NOTE: All dates and times related to online activity are in Coordinated Universal Time (UTC), which is eight hours ahead of Pacific Standard Time.)

October 28 2019 18:05:36 <SUBJECT USER> i'm derrick btw, 44m
October 28 2019 18:05:38 <UC>  :)
October 28 2019 18:05:49 <UC>  [REDACTED] m WA
October 28 2019 18:05:56 <SUBJECT USER> nice to meet you [REDACTED]
October 28 2019 18:06:00 <SUBJECT USER> oh and your localish
October 28 2019 18:06:31 <SUBJECT USER> i'm down in pdx
October 28 2019 18:06:41 <UC>  cool
October 28 2019 18:06:42 <SUBJECT USER> maybe this can be a good day after all :) lol
October 28 2019 18:07:04 <UC>  LOL
October 28 2019 18:07:10 <SUBJECT USER> mind if i ask how old your little ones are?
October 28 2019 18:07:35 <UC>  not at all, son 4 and dau 5
October 28 2019 18:07:43 <SUBJECT USER> both active?
October 28 2019 18:07:54 <UC>  active w/ my dau
October 28 2019 18:08:00 <SUBJECT USER> very nice
October 28 2019 18:08:04 <UC>  :)
October 28 2019 18:08:05 <SUBJECT USER> new to it or for awhile?
October 28 2019 18:08:29 <UC>  couple years now, but mostly in the last few weeks
October 28 2019 18:08:44 <SUBJECT USER> have you ever shared her with anyone?
October 28 2019 18:09:09 <UC>  no, but fantasized about it intensely
October 28 2019 18:09:24 <SUBJECT USER> do you think you ever would irl?
October 28 2019 18:10:06 <UC>  if the situation were right and i was positive that i wouldnt go to jail
October 28 2019 18:10:31 <UC>  thought about her a lot w/ women and men
October 28 2019 18:11:17 <SUBJECT USER> well, maybe we can get to know each other and make something happen
October 28 2019 18:11:51 <UC>  maybe
October 28 2019 18:12:32 <SUBJECT USER> won't ask where in WA, but you fairly close?
October 28 2019 18:13:19 <UC>  it would def have to be w/ the right person tho. it would take some time and u would have to fit certain criteria. i have to be careful and know that ur not a serial killer
October 28 2019 18:13:32 <UC>  lol

COMPLAINT/*United States v. Tichgelaar* - 4
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | October 28 2019 18:13:52 <SUBJECT USER> i mean.... aren't we all a little bit of a serial.... j/k |
| 2 | October 28 2019 18:14:26 <UC> lol |
| 3 | October 28 2019 18:14:46 <UC> im a bit north of seattle, but don't want to say exactly where |
| 4 | October 28 2019 18:14:52 <SUBJECT USER> i won't ask |
| 5 | October 28 2019 18:15:31 <SUBJECT USER> to be honest i'm trying to find something longterm and regular |
| 6 | October 28 2019 18:16:26 <UC> can u describe yourself (approximately) im a huge voyeur and have fantasized about a certain type of man or woman |
| 7 | October 28 2019 18:16:52 <UC> that may be a deal breaker |
| 8 | October 28 2019 18:17:07 <SUBJECT USER> 6'5", about 240ish lbs, shaved head... a decent amount of tattoos |
| 9 | October 28 2019 18:17:27 <UC> im a bit scared of longterm and regular. i think its way cleaner if its one and done |
| 10 | October 28 2019 18:17:44 <SUBJECT USER> i can see that to |
| 11 | October 28 2019 18:17:58 <SUBJECT USER> i fit the look your wanting? |
| 12 | October 28 2019 18:19:07 <UC> so far yes, would be way HOT to see her with a big guy like u. i prefer to have her w/ someone bigger than me. im 5'9 and about 175 |
| 13 | October 28 2019 18:19:31 <UC> fat or fit? |
| 14 | October 28 2019 18:19:31 <SUBJECT USER> how far have you gotten her? i'm not sure fucking her is in the cards at my size |
| 15 | October 28 2019 18:19:41 <SUBJECT USER> i like to say biker build lol |
| 16 | October 28 2019 18:20:14 <UC> lol a bit chubby w/ muscle underneath? |
| 17 | October 28 2019 18:20:24 <SUBJECT USER> yeah |
| 18 | October 28 2019 18:20:27 <UC> cool |
| 19 | October 28 2019 18:20:41 <SUBJECT USER> i used to deadlift about 700lbs and leg press around 1200 |
| 20 | October 28 2019 18:20:53 <UC> nice |
| 21 | October 28 2019 18:21:09 <SUBJECT USER> then i got hit by a car lol |
| 22 | October 28 2019 18:21:25 <UC> its like strongman level |
| 23 | October 28 2019 18:21:31 <SUBJECT USER> kind'a changed the workout pace |
| 24 | October 28 2019 18:21:44 <SUBJECT USER> nah, 700 an't that much |
| 25 | October 28 2019 18:22:01 <SUBJECT USER> and 1200 leg press just means that on the slide i had the weight maxxed out and my buddy sitting on it rofl |
| 26 | October 28 2019 18:22:46 <UC> i see |
| 27 | October 28 2019 18:23:09 <SUBJECT USER> considering my bench was only 255, i just had a super strong back was all lol |
| 28 | October 28 2019 18:23:14 <UC> well, hell much stronger than me, even in my younger days |
| | October 28 2019 18:23:29 <UC> cool |

COMPLAINT/*United States v. Tichgelaar* - 5
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | October 28 2019 18:23:56 <UC> ive done mostly oral w/ [REDACTED] |
| 2 | October 28 2019 18:23:58 <SUBJECT USER> how far have you gotten her so far since you've been at it awhile |
| 3 | October 28 2019 18:24:04 <SUBJECT USER> no anal or anything? |
| 4 | October 28 2019 18:24:22 <UC> started training her w/ fingers |
| 5 | October 28 2019 18:24:25 <SUBJECT USER> at 5 i know shes not ready for vaginal |
| 6 | October 28 2019 18:24:29 <UC> and a plug. |
| | October 28 2019 18:24:31 <SUBJECT USER> how is she at oral? |
| 7 | October 28 2019 18:24:51 <UC> she sucks pretty good now. |
| 8 | October 28 2019 18:25:04 <UC> usually in the jacuzzi tub b4 bed |
| 9 | October 28 2019 18:25:54 <SUBJECT USER> so taking the regular part away, would you think about long term use with someone else? |
| 10 | October 28 2019 18:26:56 <UC> i mean, i would think about more than once if it went REALLY well the first time |
| 11 | October 28 2019 18:27:18 <SUBJECT USER> i was asking because.... god i would love to fuck her when she was around 10 |
| 12 | October 28 2019 18:27:30 <UC> im a pretty open minded guy, and u never know how things work out |
| 13 | October 28 2019 18:27:57 <UC> HOT |
| 14 | October 28 2019 18:29:15 <SUBJECT USER> how soon would you think about considering someone coming up for a little oral? |
| 15 | October 28 2019 18:30:17 <UC> dude, if i knew u were the real deal and exactly what im looking for, i would want it like yesterday |
| 16 | October 28 2019 18:30:25 <SUBJECT USER> lol |
| 17 | October 28 2019 18:30:32 <SUBJECT USER> so ask me anything man :) |
| 18 | October 28 2019 18:30:41 <UC> as long as ur OK w/ me watching and jerking. |
| 19 | October 28 2019 18:30:48 <SUBJECT USER> i'm fine with it |
| 20 | October 28 2019 18:30:52 <UC> really? |
| 21 | October 28 2019 18:31:10 <SUBJECT USER> she's yoru dau, your letting do what i want :) do your thing |
| 22 | October 28 2019 18:31:14 <SUBJECT USER> just don't shoot on me |
| 23 | October 28 2019 18:31:16 <SUBJECT USER> lol |
| | October 28 2019 18:31:26 <UC> lol |
| 24 | October 28 2019 18:31:34 <UC> no i hate violence |
| 25 | October 28 2019 18:31:45 <SUBJECT USER> wrong kind of shoot lol |
| | October 28 2019 18:31:54 <UC> oh shoot on you |
| 26 | October 28 2019 18:31:55 <UC> lol |
| 27 | October 28 2019 18:32:06 <UC> no, not really into guys |
| | October 28 2019 18:32:21 <SUBJECT USER> yeah, but misfires [REDACTED], misfires |
| 28 | October 28 2019 18:32:36 <SUBJECT USER> lol |

COMPLAINT/*United States v. Tichgelaar* - 6
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | October 28 2019 18:33:11 <UC> lol i prefer to be out of view from her while ur w/ her |
| 2 | October 28 2019 18:33:45 <UC> do u take any drugs or drink way to much? |
| 3 | October 28 2019 18:34:11 * Disconnected (No such device or address) |
| 4 | October 28 2019 18:36:17 <UC> sorry |
| | October 28 2019 18:36:25 <SUBJECT USER> all good |
| 5 | October 28 2019 18:36:31 <UC> do u take any drugs or drink way to much? |
| 6 | October 28 2019 18:36:37 <SUBJECT USER> no and no\ |
| | October 28 2019 18:36:51 <SUBJECT USER> i drink monster and water lol |
| 7 | October 28 2019 18:37:29 <UC> lol. im ok w/ a little weed and booze in moderation, just nothing hardcore |
| 8 | October 28 2019 18:38:32 <SUBJECT USER> i smoke a little weed once in awhile, but i don't drink and nothing else |
| 9 | October 28 2019 18:38:39 <UC> cool |
| 10 | October 28 2019 18:39:05 <UC> into any bdsm, bondage, torture etc...? |
| 11 | October 28 2019 18:39:20 <SUBJECT USER> depending on the person and if they enjoy it as well |
| 12 | October 28 2019 18:39:34 <SUBJECT USER> bdsm and bondage, no torture |
| 13 | October 28 2019 18:40:15 <SUBJECT USER> you? |
| 14 | October 28 2019 18:41:01 <UC> can u describe what u would love to do to [REDACTED], and by the way she has beautiful shiny dark hair, blue eyes, almost perfect skin, athletic figure and kinda small for a 5yo |
| 15 | October 28 2019 18:41:30 <SUBJECT USER> first i would want to kiss and lick all over her body, feel and taste here |
| 16 | October 28 2019 18:41:33 <SUBJECT USER> her |
| 17 | October 28 2019 18:42:11 <SUBJECT USER> as my cock got nice and hard i'd like to rub it over her pussy just to feel it |
| 18 | October 28 2019 18:42:31 <UC> yes! |
| 19 | October 28 2019 18:42:38 <SUBJECT USER> if she can have her stroke me a little before i have her start doing oral |
| 20 | October 28 2019 18:43:05 <SUBJECT USER> i would either cum in her mouth or pull out and cum on her |
| 21 | October 28 2019 18:43:50 <UC> which is better? |
| 22 | October 28 2019 18:43:59 <SUBJECT USER> does she swallow? |
| 23 | October 28 2019 18:45:21 <UC> of course |
| 24 | October 28 2019 18:45:29 <SUBJECT USER> then i would prefer in her mouth |
| 25 | October 28 2019 18:46:26 <UC> nice |
| 26 | October 28 2019 18:46:43 <SUBJECT USER> am i fitting your bill so far? :) |
| | October 28 2019 18:47:11 <UC> to a disturbing degree |
| 27 | October 28 2019 18:47:55 <SUBJECT USER> :) |
| 28 | |

COMPLAINT/*United States v. Tichgelaar* - 7
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

October 28 2019 18:48:52 <UC> heres the deal tho. u would have to promise me that ur not into anything or u wouldn't do anything that would result in a trip to the hospital
October 28 2019 18:49:13 <UC> i dont want to draw attention to myself by cps or worse
October 28 2019 18:49:16 <SUBJECT USER> last thing i would want to do is hurt her
October 28 2019 18:50:42 <UC> i dont want to set arbitrary boundries and want the person that i share her with to feel free to explore but i dont want the attention
October 28 2019 18:51:56 <SUBJECT USER> boundaries are important, they don't just protect all parties involved but they also are what builds the trust needed
October 28 2019 18:52:44 <SUBJECT USER> there are your boundaries, my boundaries, and even her's
October 28 2019 18:53:34 <UC> i appreciate that, thank you
October 28 2019 18:53:54 <SUBJECT USER> not a prob
October 28 2019 18:54:06 <UC> sorry. ive been getting calls from my attorney...my ex wife is a pain in the ASS!
October 28 2019 18:54:16 <SUBJECT USER> anything else i can answer? i only ask because i need to cut this lsightly short... yeah i just got a call from work
October 28 2019 18:54:45 <UC> well if u want to continue to build trust u can email me here...
October 28 2019 18:55:00 <SUBJECT USER> scrye_c@yahoo.com
October 28 2019 18:55:17 <UC> tjm33mail@gmail.com
October 28 2019 18:55:55 <UC> i cant lie, u have got my heart racing today
October 28 2019 18:56:08 <UC> just thinkin about a big man w/ her
October 28 2019 18:56:54 <SUBJECT USER> i'm shooting you a quick email now
October 28 2019 18:57:01 <UC> kewl
October 28 2019 18:58:07 <SUBJECT USER> it's not my heart that pounding right now lol
October 28 2019 18:58:21 <UC> lol
October 28 2019 18:58:42 <UC> thx for the email got it
October 28 2019 18:58:49 <SUBJECT USER> cool cool
October 28 2019 18:59:03 <SUBJECT USER> i'd love to see her if your willing, i also get it if your not
October 28 2019 18:59:32 <UC> it may take time to build trust, my anxiety has been a bit high lately
October 28 2019 18:59:41 <UC> but im def interested
October 28 2019 19:00:00 <SUBJECT USER> i'm not pushy lol
October 28 2019 18:14:52 <SUBJECT USER> i won't ask

<mark>COMPLAINT/*United States v. Tichgelaar* - 8
MJ20-025</mark>

<wtf>UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970</wtf>

6.  In addition to these chats, the UC and the SUBJECT USER exchanged several email messages. On October 28, 2019, the SUBJECT USER sent the UC an email stating:

> Hey, this is the guy in pdx from [REDACTED] that was talking to you about hanging out with you and [REDACTED]

7.  Later, on October 28, 2019, the SUBJECT USER changed his chat moniker and again initiated a chat with the UC, which is excerpted below:

> October 28 2019 21:45:21 <SUBJECT USER> i keep thinking about [REDACTED] lol
> October 28 2019 21:45:31 <UC> right!?!?
> October 28 2019 21:45:43 <UC> ive been thinkin about u w/ her all day
> October 28 2019 21:45:52 <SUBJECT USER> i just keep picturing her little mouth on me

8.  On October 29, 2019, the UC emailed a single image file named "IMG_0008" to the SUBJECT USER, which was purported to be a photo of the UC. The following day, the SUBJECT USER replied to the UC, saying:

> very nice to meet you, was looking for you on [REDACTED] again and hadn't seen you....would love to setup a time to maybe meet up :)

9.  That day, the UC replied:

> hi derrick, how have you been? ive been thinking a whole lot about our chat for the last couple days. im excited to continue to build trust, but i don't want to setup anything yet. im cautiously optimistic.. u can send a pic of yourself holding a sign with "[REDACTED]" on it... i would like to see what u look like before i agree to meet. –[REDACTED]

10. On October 31, 2019, the SUBJECT USER sent an email to the UC with a photo attached. The photo depicts TICHGELAAR. And the body of the message reads: .

> Sorry for the delay, i was driving when i got that
> Not so great at selfies lol

11. On October 31, 2019, the UC replied:

> Hi Derrick- thanks for being honest... its great to see your exactlyas [sic] you described. i am very much interested in continuing to build trust.

COMPLAINT/*United States v. Tichgelaar* - 9
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      maybe we could talk on the phone soon. also- i should be on [REDACTED] again tomorrow for a couple hours. --[REDACTED]

12.    That same day, the SUBJECT USER replied:

      I'm on [REDACTED] at the moment, will be on more again later. Do you think it would also be possible for me to see a pic of her as well?

13.    On October 31, 2019, the SUBJECT USER initiated an internet chat with the UC, excerpts of which are provided below:

```
October 31 2019 21:35:52 <SUBJECT USER> hey again
October 31 2019 21:36:14 <UC>  hey
October 31 2019 21:36:22 <SUBJECT USER> how's it going?
October 31 2019 21:37:20 <SUBJECT USER> good day today?
October 31 2019 21:37:46 <UC>  not too bad, you?
October 31 2019 21:37:57 <SUBJECT USER> just got off of work actually
October 31 2019 21:37:57 <UC>  thx for the pic!
October 31 2019 21:38:01 <SUBJECT USER> np
October 31 2019 21:38:19 <UC>  cool to see ur not full of shit like so many on [REDACTED]
October 31 2019 21:38:21 <SUBJECT USER> did you get the email i sent today yet?
October 31 2019 21:38:29 <UC>  no, sorry
October 31 2019 21:38:33 <SUBJECT USER> no need to be full of shit lol
October 31 2019 21:38:35 <SUBJECT USER> all good
October 31 2019 21:38:44 <SUBJECT USER> i was just asking if there was any chance that i could see her as well
October 31 2019 21:39:22 <UC>  im nervous about it, for obvious reasons
October 31 2019 21:39:43 <SUBJECT USER> i get that, and i wouldn't ask for a nude or anything
October 31 2019 21:40:00 <SUBJECT USER> and if you don't want to i'm totally cool with that  as well
October 31 2019 21:40:07 <UC>  had emailed a pic of my niece to a guy years ago and ended up seeing it on a website
October 31 2019 21:40:58 <SUBJECT USER> if you haven't noticed, i'm fairly laid back about shit lol, so  it's cool if your not wanting to
October 31 2019 21:41:17 <UC>  did i describer her to u?
October 31 2019 21:41:23 <SUBJECT USER> not really
October 31 2019 21:41:32 <SUBJECT USER> i just know she's 5 if i remember right
```

COMPLAINT/*United States v. Tichgelaar* - 10
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

October 31 2019 21:42:11 <UC> shes a bit small for a 5 year old, dark hair, blue eyes, athletic frame, very smooth skin
October 31 2019 21:42:25 <UC> smile that lights up a room
October 31 2019 21:42:40 <SUBJECT USER> and hopefully sucks a good cock lol :)
October 31 2019 21:42:51 <UC> that she does my friend
October 31 2019 21:43:23 <SUBJECT USER> have you thought about making this something a little longer then one and done yet? something where i can help you get her further along?
October 31 2019 21:44:47 <UC> ive thought about it, but like i said im more comfortable w/ a one and done. of course, i don't want to rule anything out.
October 31 2019 21:45:08 <SUBJECT USER> :)
October 31 2019 21:46:19 <UC> what besides oral do u want to do w/ [REDACTED]?
October 31 2019 21:46:27 <SUBJECT USER> do you have any kind of time frame for this happening that your ok with thus far? i don't ask to be pushy i swear, i'm just curious
October 31 2019 21:46:34 <SUBJECT USER> at 5 she's not able to do more more
October 31 2019 21:46:40 <SUBJECT USER> i'd love to cum all over her though
October 31 2019 21:46:46 <SUBJECT USER> rub it on her pussy
October 31 2019 21:47:19 <SUBJECT USER> if it was ongoing i would be trying to get her ready for anal within a few months, and vaginal by the time she was 8 - 10
October 31 2019 21:48:10 <UC> yeah, i have been training her w/ a plug but don't know how big u are
October 31 2019 21:48:30 <SUBJECT USER> i'm fairly thick, i don't think she'd be ready yet
October 31 2019 21:48:45 <UC> i see
October 31 2019 21:49:01 <SUBJECT USER> how large a plug have you been using?
October 31 2019 21:49:49 <UC> well started out w/ a tiny one about like a sharpie
October 31 2019 21:50:04 <UC> i don't have a time frame really
October 31 2019 21:50:20 <SUBJECT USER> have you gotten bigger then that plug or is that what your still using?
October 31 2019 21:50:42 <UC> i would like to watch her w/ a bigger guy (bigger than me) b4 she is 9
October 31 2019 21:50:45 <SUBJECT USER> well, as far as time frames go, just let me know when your comfortable and we can figure that out
October 31 2019 21:51:03 <SUBJECT USER> watch her anal, vaginal or oral?
October 31 2019 21:51:05 <SUBJECT USER> or all?
October 31 2019 21:51:51 <UC> i have used a plug that is about 2sharpies

COMPLAINT/*United States v. Tichgelaar* - 11
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

```
October 31 2019 21:52:09 <SUBJECT USER> have you tried fucking her yet?
October 31 2019 21:52:20 <UC> no
October 31 2019 21:52:33 <SUBJECT USER> let me ask you honestly.....
October 31 2019 21:52:37 <SUBJECT USER> do you want me to try?
October 31 2019 21:52:56 <UC> so this is where u get to see my weirdness
October 31 2019 21:53:09 <SUBJECT USER> lets hear it :)
October 31 2019 21:53:19 <UC> hope u don't think im a freak and don't know how judgmental u are
October 31 2019 21:55:07 <SUBJECT USER> waiting lol
October 31 2019 21:55:27 <UC> brb have to run for a sec
October 31 2019 21:55:32 <SUBJECT USER> ok
October 31 2019 22:08:26 <UC> well im a huge voyeur and the whole damn point of my fantasy is to watch her w/ a big guy and see what happens without setting arbitrary boundaries. in my mind im usually hiding in a closet so she cant see me and doesn't know that im there. usually im looking thru the crack in the closet and watching. this way i get to see how u both behave without me there. in actuality i would always be
October 31 2019 22:08:26 <UC> watching, but would luv to see how u would act without me there.
October 31 2019 22:09:39 <SUBJECT USER> with me alot of what i would do really will depend on how she reacts to me
October 31 2019 22:11:00 <UC> well, she's 5 and has been raised with fair amount of consequences so she is used to doing what adults tell her to do. so u can expect her to do whatever u wamt
October 31 2019 22:11:15 <SUBJECT USER> your getting me hard lol
October 31 2019 22:11:44 <UC> lol
October 31 2019 22:13:39 <SUBJECT USER> kind'a glad i donno where i'd going to get to your place yet rofl
October 31 2019 22:14:35 <UC> u would come sooner?
October 31 2019 22:15:03 <SUBJECT USER> yes
October 31 2019 22:15:16 <UC> glad ur as excited
October 31 2019 22:15:52 <UC> ive been thinking alot since our first chat and especially since seeing ur photo
October 31 2019 22:16:22 <SUBJECT USER> would you mind sooner?
October 31 2019 22:17:07 <UC> i will see what i can do, but november is looking pretty crazy for me. how long could u come for?
October 31 2019 22:18:19 <SUBJECT USER> sort of depends..... i know your north of me but i donno exactly where... it also depends on what the situation there is like while your gone when you need to be
October 31 2019 22:19:12 <UC> well just north of seattle
October 31 2019 22:19:25 <UC> could u stay for a week?
October 31 2019 22:19:34 <SUBJECT USER> i could most likely set that up
```

COMPLAINT/*United States v. Tichgelaar* - 12
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | October 31 2019 22:20:03 <SUBJECT USER> could i have full access to her while there or would it only be when your around? |
| 2 | October 31 2019 22:20:27 <UC> i could host at my place. was thinkin bout a hotel, but don't want to spend the money because i would want to see her w/ u for a few days |
| 3 | |
| 4 | |
| 5 | October 31 2019 22:21:00 <SUBJECT USER> honestly, i'd come up this weekend if you said it was cool |
| 6 | October 31 2019 22:21:44 <UC> well, it actually would be nice to have you babysit for a few hours |
| 7 | October 31 2019 22:22:00 <SUBJECT USER> over the weekend? |
| 8 | October 31 2019 22:22:37 <UC> no, im still thinking december time frame. sorry |
| 9 | October 31 2019 22:22:59 <SUBJECT USER> all good, just checking lol |
| 10 | October 31 2019 22:23:18 <UC> the first three days, i would be there. maybe u could babysit the 4th day. |
| 11 | October 31 2019 22:23:30 <SUBJECT USER> i'd like that |
| 12 | October 31 2019 22:23:50 <SUBJECT USER> are you wanting your son to know whats going on with her or keep it away from him? |
| 13 | October 31 2019 22:24:19 <UC> i would love to see u with both of them, but guessing ur only into girls |
| 14 | |
| 15 | October 31 2019 22:24:44 <SUBJECT USER> yeah |
| | October 31 2019 22:24:45 <SUBJECT USER> but |
| 16 | October 31 2019 22:24:55 <SUBJECT USER> would you want him to use her at all? |
| 17 | October 31 2019 22:25:30 <UC> he hasn't shown much interest. he'll prob be gaming most of the time |
| 18 | |
| 19 | October 31 2019 22:25:34 <SUBJECT USER> ok |
| | October 31 2019 22:25:47 <SUBJECT USER> he isn't much older anyway is he/ lol like 6 right? |
| 20 | |
| 21 | October 31 2019 22:25:51 <UC> and also doing his chores |
| | October 31 2019 22:26:38 <UC> loves his ipad. hell be 5 in 4 months |
| 22 | October 31 2019 22:27:00 <SUBJECT USER> oh ok |
| 23 | October 31 2019 22:27:14 <SUBJECT USER> do they share a room or does she have her own? |
| 24 | October 31 2019 22:27:22 <UC> she has her own |
| 25 | October 31 2019 22:29:35 <UC> i think i would want to meet you at a neutral location |
| 26 | October 31 2019 22:29:53 <SUBJECT USER> that's fine |
| 27 | October 31 2019 22:30:04 <SUBJECT USER> staying with you, would i have a guest room or share hers? |
| 28 | October 31 2019 22:30:10 <UC> then drive u to my house, because i don't know how i feel about giving u my addresss ... sorry just paranoid |

COMPLAINT/*United States v. Tichgelaar* - 13
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | October 31 2019 22:30:20 <SUBJECT USER> all good man |
| 2 | October 31 2019 22:30:35 <UC> well, u would have a basement |
| 3 | October 31 2019 22:30:47 <SUBJECT USER> i'd have her staying with me at night, that ok with you? |
| 4 | October 31 2019 22:30:52 <UC> there's a bed, bath, small kitenette |
| 5 | October 31 2019 22:31:17 <UC> yes! |
| 6 | October 31 2019 22:31:44 <SUBJECT USER> depending on how things go i might try anal with her |
| 7 | October 31 2019 22:32:16 <UC> no prob. just have to promise me no trips to the hospital |
| 8 | October 31 2019 22:32:26 <SUBJECT USER> i won't hurt her |
| 9 | October 31 2019 22:32:53 <UC> discomfort is one thing the ER is another |
| 10 | October 31 2019 22:33:03 <SUBJECT USER> yup |
| 11 | October 31 2019 22:33:46 <SUBJECT USER> i hope you let me come stick my cock in her when she is ready for full sex to |
| 12 | October 31 2019 22:34:37 <UC> no idea |
| 13 | October 31 2019 22:34:49 <SUBJECT USER> like i said, i hop elol |
| 14 | October 31 2019 22:35:07 <UC> understand. i dont blame u |
| 15 | October 31 2019 22:36:16 <SUBJECT USER> i'm just down for whatever your ok with |
| 16 | October 31 2019 22:36:32 <UC> cool |
| 17 | October 31 2019 22:37:11 <UC> are u planning on taking videos w/ her? |
| 18 | October 31 2019 22:37:18 <SUBJECT USER> would you be ok with it? |
| 19 | October 31 2019 22:37:22 <UC> because i have rules about that |
| 20 | October 31 2019 22:37:31 <SUBJECT USER> no face |
| 21 | October 31 2019 22:37:39 <UC> EXACTLY! |
| 22 | October 31 2019 22:37:53 <SUBJECT USER> would you hold the cam and video me jerking onto her pussy? |
| 23 | October 31 2019 22:40:03 <SUBJECT USER> or holding it against her and doing the same? |
| 24 | October 31 2019 22:40:41 <UC> one sec, sorry |
| 25 | October 31 2019 22:40:45 <SUBJECT USER> ok |
| 26 | October 31 2019 22:56:03 <UC> sorry man! |
| 27 | October 31 2019 22:56:08 <SUBJECT USER> all good |
| 28 | October 31 2019 22:56:19 <UC> where were we |
| | October 31 2019 22:56:43 <UC> ahhh yes, let me answer your question |
| | October 31 2019 22:57:08 <UC> i would rather hide somewhere out of site. maybe u could set up ur own cam?? |
| | October 31 2019 22:57:39 <SUBJECT USER> ok |
| | October 31 2019 22:58:00 <SUBJECT USER> i just realized it's halloween lol |
| | October 31 2019 22:58:12 <UC> i just ask that u let me edit the video later with you so that u don't end up leaving w/ a video of her face |

COMPLAINT/*United States v. Tichgelaar* - 14
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

October 31 2019 22:58:25 <UC> yes happy halloween!!
October 31 2019 22:58:34 <SUBJECT USER> yeah but you have the treat i want lol

14. On November 4, 2019, the SUBJECT USER initiated an internet chat with the UC, excerpts of which are below:

November 04 2019 01:54:50 <SUBJECT USER> hey bud
November 04 2019 01:55:23 <UC> hi friend
November 04 2019 01:55:31 <SUBJECT USER> how you doing tonight?
November 04 2019 01:56:08 <UC> a little tired but good. still have the tailend of a head cold. how are you?
November 04 2019 01:56:37 <SUBJECT USER> not doing to bad really, having a semi decent night, would have been better if i could have cashed my work check lol
November 04 2019 01:56:52 <SUBJECT USER> and a bit horny tonigh tif telling the truth lol
November 04 2019 01:57:37 <UC> lol story of our lives
November 04 2019 01:58:53 <SUBJECT USER> watching videos right now
November 04 2019 02:00:00 <UC> was thinking that i might be able to carve out some time to see you with [REDACTED] in mid november. no promises, but one of my plans went sideways and we could possibly meet before dec
November 04 2019 02:00:25 <SUBJECT USER> would be amazing
November 04 2019 02:00:35 <UC> totally
November 04 2019 02:02:15 <SUBJECT USER> just give me a few days notice so i can get the time away from work
November 04 2019 02:02:33 <UC> ok
November 04 2019 02:02:45 <UC> well i guess we could make tentative plans
November 04 2019 02:03:31 <SUBJECT USER> no, what i mean is, just give me 2 days notice lol, that's all i would need
November 04 2019 02:03:54 <SUBJECT USER> i subcontract, so i just need to tell them a few days prior that i'll be gone for a few days
November 04 2019 02:05:59 <UC> also was thinking that ill feel more comfortable meeting u at hotel near my house for the first night. then when/if things go well u can follow me to my place
November 04 2019 02:06:24 <SUBJECT USER> i'm down for however you feel the most comfortable man, anything is good
November 04 2019 02:07:17 <UC> it would just be u and [REDACTED] and i the first night at the hotel. my son will stay w/ the sitter
November 04 2019 02:07:57 <UC> my heart is racing just thinking about it

COMPLAINT/*United States v. Tichgelaar* - 15
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | November 04 2019 02:07:57 <SUBJECT USER> that's fine, i'm totally cool with that. To be honest i won't really be spending time with your son like i am with [REDACTED] |
| 2 | |
| 3 | November 04 2019 02:08:30 <UC> of course |
| 4 | November 04 2019 02:10:50 <SUBJECT USER> i can't wait :) |
|   | November 04 2019 02:11:05 <SUBJECT USER> and if things go well, i have something to try with her the 3rd or 4th night |
| 5 | |
| 6 | November 04 2019 02:11:44 <UC> :) do tell |
|   | November 04 2019 02:12:56 <SUBJECT USER> gonna try a finger in her the 2nd night more then likely, 3rd as well, see how she does with a lubed finger.... if she does well and seems to like it i may try anal |
| 7 | |
| 8 | |
|   | November 04 2019 02:14:00 <UC> as long as i get to watch ;) |
| 9 | November 04 2019 02:14:13 <SUBJECT USER> you will be :) wouldn't leave you out |
| 10 | |

11    15.    Between late October 2019 and January 2020, the UC and the SUBJECT
12 USER discussed the possibility of having the SUBJECT USER travel from Oregon to
13 Washington State to engage in sexual activity with the UC's fictitious five-year-old
14 daughter. During this time, the SUBJECT USER made plans to come to Washington
15 State and then cancelled those plans. However, the SUBJECT USER continued to chat
16 with the UC, often initiating the chats, and expressing an interest in meeting and raping
17 this fictitious young girl.

18    16.    On January 24, 2020, the SUBJECT USER initiated a chat with the UC,
19 excerpts of which are provided below:

|   |   |
|---|---|
| 20 | January 24 2020 18:35:16 <UC> im wondering... |
| 21 | January 24 2020 18:35:22 <SUBJECT USER> ? |
|   | January 24 2020 18:38:02 <UC> hold on... checking on some things. |
| 22 | January 24 2020 18:38:08 <SUBJECT USER> ok |
| 23 | January 24 2020 18:38:45 <UC> id really like to meet soon and im looking at my schedule |
| 24 | January 24 2020 18:43:01 <UC> are you in washington now? |
| 25 | January 24 2020 18:43:24 <SUBJECT USER> no, portland |
|   | January 24 2020 18:45:01 <UC> im wondering if I can cancel my meetings and meet you tomorrow...but its a stretch |
| 26 | |
| 27 | January 24 2020 18:46:05 <SUBJECT USER> careful to not put yourself out to much..... though i would love that |
| 28 | January 24 2020 18:46:52 <UC> could you come? |

COMPLAINT/*United States v. Tichgelaar* - 16
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | January 24 2020 18:48:24 <SUBJECT USER>  i'd leave tonight and get there early |
| 2 | January 24 2020 18:48:36 <SUBJECT USER>  i've been staying on a night schedule |
| 3 | |
| 4 | January 24 2020 18:49:17 <SUBJECT USER>  i'm actually only awake cause your  on here lol |
| 5 | January 24 2020 18:49:59 <UC>   i don't think i could make tonight work...im on the phone trying to see if sat will work |
| 6 | |
| 7 | January 24 2020 18:50:35 <SUBJECT USER>  are you home later tonight? |
| | January 24 2020 18:51:14 <UC>   no, doubt i can make that work |
| 8 | January 24 2020 18:51:37 <SUBJECT USER>  no no, i just mean in general... are you going to be home tonight |
| 9 | January 24 2020 18:52:07 <UC>   don't know |
| 10 | January 24 2020 18:52:35 <SUBJECT USER>  if you are.... give me a call, we can talk a bit and see if we can figure out our schedules and maybe play with her together some as well |
| 11 | |
| 12 | January 24 2020 18:53:29 <SUBJECT USER>  that sound good? |
| | January 24 2020 18:53:39 <UC>   can you come sat night? |
| 13 | January 24 2020 18:53:53 <SUBJECT USER>  i don't see any issues with that |
| 14 | January 24 2020 18:54:06 <SUBJECT USER>  am i just coming to your place or where am i going? |
| 15 | January 24 2020 18:54:19 <UC>   was thinking a hotel |
| 16 | January 24 2020 18:54:41 <SUBJECT USER>  will she be quite enough? |
| 17 | January 24 2020 18:54:52 <SUBJECT USER>  and are you only bringing her or do you need to bring your son as well? |
| 18 | January 24 2020 18:55:10 <UC>   i would just bring her |
| | January 24 2020 18:55:25 <SUBJECT USER>  ok |
| 19 | January 24 2020 18:55:51 <SUBJECT USER>  i'll have to go find her something elsa :) |
| 20 | |
| | January 24 2020 18:56:15 <UC>   she would love that |
| 21 | January 24 2020 18:56:40 <UC>   i think she'd be quiet |
| 22 | January 24 2020 18:56:48 <SUBJECT USER>  are you dead set to a one and done thing or is there a chance that this could be something we do now and again? |
| 23 | January 24 2020 18:57:29 <UC>   we would have to talk about that when you get here...see how it goes. |
| 24 | |
| | January 24 2020 18:57:48 <SUBJECT USER>  ok |
| 25 | January 24 2020 18:58:11 <UC>   im more comfortable w/ one and done. safer, but open minded |
| 26 | |
| | January 24 2020 18:58:18 <UC>   brb |
| 27 | January 24 2020 18:58:34 <SUBJECT USER>  k |
| 28 | January 24 2020 19:05:16 <UC>   im still on the phone trying to make sat work |
| | January 24 2020 19:05:37 <UC>   have to cancel some stuff |

COMPLAINT/*United States v. Tichgelaar* - 17
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

```
January 24 2020 19:06:01 <SUBJECT USER>  ok, i need need to crash lol, give
me a call or email me tonight ok?
January 24 2020 19:06:33 <UC>  ok.
January 24 2020 19:10:04 <SUBJECT USER>  ok, i'm out man, i need sleep lol
```

17. During a subsequent email exchange, the UC confirmed that the meeting could work and directed the SUBJECT USER to an address in Whatcom County as the meet location.

18. On the morning of January 25, 2020, law enforcement established surveillance at TICHGELAAR's home in Portland, Oregon. HSI Special Agent Julie Peay saw a White Ford F150 truck parked on the street in front of the house. The truck displayed Oregon license plate 987KSA. Checks conducted in law enforcement databases revealed Oregon license plate 987KSA is registered to a 2013 white Ford F150 truck. The truck is registered to Dirk Walter TICHGELAAR at 5915 NE Sumner St. Portland, OR 97218. SA Julie Peay saw the vehicle leaving the residence and followed the vehicle from Oregon, across the Colombia river, and into Washington state.

19. At approximately 2:30 p.m. on January 25, 2020, surveillance units saw TICHGELAAR arriving in the above-mentioned Ford F150 truck at the prearranged meet location. A Special Agent purporting to be the UC called TICHGELAAR on the phone and directed him to a hotel in Whatcom County, where law enforcement agents and officers were waiting.

20. TICHGELAAR arrived at the hotel around 4:30 p.m., and the HSI agent pretending to be the UC met him in the lobby. TICHGELAAR was carrying a brown paper bag. In response to a question about what was in the bag, TICHGELAAR said that it was an "Elsa" dress. The agent and TICHGELAAR then went to a hotel room. Other law enforcement agents entered the room shortly thereafter.

21. I interviewed TICHGELAAR with Bellingham Police Department (BPD) Detective Pauline Renick and other HSI agents. I advised TICHGELAAR of his rights. He acknowledged that he understood his rights and agreed to answer questions in a recorded interview. In summary, TICHGELAAR identified his full name as Dirk Walter

COMPLAINT/*United States v. Tichgelaar* - 18
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | TICHGELAAR. He acknowledged that he was the SUBJECT USER with whom the UC had been chatting and exchanging emails. He said that he had seen child pornography on the internet-based messaging platform through which he met the UC. He said that he regularly used cleaning software to wipe his digital media and that he would not expect there to be any evidence of child pornography on the devices at his home in Portland. When asked if he had received help for his sexual attraction to children, TICHGELAAR said that he finished treatment for it. TICHGELAAR acknowledged that what he chatted with the UC about doing to a five-year-old girl was illegal. TICHGELAAR explained his online activities as being a fantasy and said that this was the first time he had acted on the fantasy.

22. I know that it would be a violation of RCW 9A.44.073 (Rape of a Child in the First Degree) for TICHGELAAR to engage in sexual intercourse with a child under the age of twelve to whom he is not married.

COMPLAINT/*United States v. Tichgelaar* - 19
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

23. Based on the above facts, I respectfully submit that there is probable cause to believe that DIRK WALTER TICHGELAAR committed the offense charged in Count 1 above.

Matthew Kimmel, Complainant
Special Agent, Homeland Security Investigations

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 27th day of January, 2020.

PAULA L. MCCANDLIS
United States Magistrate Judge

COMPLAINT/*United States v. Tichgelaar* - 20
MJ20-025

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970