The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIRK WALTER TICHGELAAR,<br><br>Defendant. | NO. CR21-114-RSL<br>CR21-115-RSL<br><br>**NOTICE REGARDING FORFEITURE** |

The United States, by and through its undersigned counsel, hereby gives notice that the Department of Homeland Security Investigations has administratively forfeited the following property, which was identified in Defendant Dirk Walter Tichgelaar's Plea Agreement, Dkt. No. 46 ¶ 15; CR21-115; Dkt. No. 6 ¶ 16; CR21-114:

1. One (1) Samsung Galaxy S9 Smartphone (IMEI: 356417091408522) seized from Defendant on or about January 25, 2020.

See Exhibit A.

In his Plea Agreement, the Defendant also agreed to forfeit the following property, which is in the custody of the Vancouver Police Department and will be processed pursuant to its regulations and procedures:

Notice Regarding Forfeiture - 1
*United States v. Dirk Tichgelaar*, CR21-114-RSL; CR21-115-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. One SanDisk Cruzer Thumb Drive seized from the home of DIRK WALTER TICHGELAAR in January 2020[1];
2. One Homebuilt Desktop Personal Computer seized from the home of DIRK WALTER TICHGELAAR in January 2020; and
3. One PNY Thumb Drive seized from the home of DIRK WALTER TICHGELAAR on in January 2020.

Thus, the United States will not be pursuing any additional process to judicially forfeit any of the above-mentioned property in this proceeding.

DATED this 7th day of January, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

---

[1] Previously identified as One SanDisk Cruzer Thumb Drive seized from the home of DIRK WALTER TICHGELEER in January 2020. Dkt. No. 46 ¶ 15; CR21-115; and Dkt. No. 6 ¶ 16; CR21-114.

Notice Regarding Forfeiture - 2
*United States v. Dirk Tichgelaar*, CR21-114-RSL; CR21-115-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2022, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which automatically serves the ECF participants of record.

    *s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Hannah.Williams2@usdoj.gov

Notice Regarding Forfeiture - 3
*United States v. Dirk Tichgelaar*, CR21-114-RSL; CR21-115-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# EXHIBIT A

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION
DECLARATION OF ADMINISTRATIVE FORFEITURE
(Property Valued at $5,000 or less)

**Case Number: 2020300400033901**

**Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov and posted at the BLAINE U.S. CBP / ATTN:FPFO 9901 PACIFIC HWY, BLAINE, WA, 98230 as required by law on the following dates: 05/01/2020 to 05/30/2020**

**In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 (19 U.S.C. §§ 1607, 1609) and Title 19, Code of Federal Regulations, Section 162.45 (19 C.F.R. § 162.45), the following described property is declared forfeited for violation(s) as listed below.**

---

**2020300400033901000010000; Seized On 01/25/2020 At the port of BLAINE; Black Samsung SM-G960U cellular telephone s/n 356417091408522; ; 1; EA; Valued at $50; For violation of 18 USC 2254, 18 USC 2251, 18 USC 2251A, 18 USC 2252, 18 USC 2260**

---

| | |
|---|---|
| **KAY A. HICKMAN** | Signed in SEACATS by KAY A HICKMAN on 06/01/2020 15:22:04 EDT <br> KAY A HICKMAN |
| Fines, Penalties & Forfeitures Officer | |
| **Forfeiture Date:** | 06/01/2020 |

Page 1 of 1