UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DIRK WALTER TICHGELAAR,

Defendant.

NO.  CR21-114RSL
CR21-115RSL

ORDER OF REFERENCE

The Court hereby refers to United States Magistrate Judge Brian A. Tsuchida, defendant's "Ex-Parte Motion to Withdraw as Counsel and for Appointment of New Counsel," docket #31, pending before this Court.

DATED this 26th day of July, 2023.

Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE